In the Matter of the Claim of MICHAEL DIESTER, Respondent, v. THE WOLPERT REALTY Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. All concur,

except Hinman, J., who dissents and votes for reversal, and dismissal of the claim, on the ground that the claimant was an independent contractor.